UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Julio Reyes-Salinas,　　　　　　　　　　　　Case No. 24-cv-3808 (PJS/DLM)

　　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　ORDER ON REPORT AND
　　　　　　　　　　　　　　　　　　　　　RECOMMENDATION
B. Eischen, FPC Duluth,

　　　　　　Respondent.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendations (Doc. 5) is **ADOPTED**;

2. The petition for a writ of habeas corpus of petitioner Julio Reyes-Salinas (Doc. 1) is **DENIED**;

3. Mr. Reyes's application to proceed *in forma pauperis* (Doc. 3) is **DENIED**; and

4. This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 18, 2024　　　　　　　　*s/Patrick J. Schiltz*_____
　　　　　　　　　　　　　　　　　　　　PATRICK J. SCHILTZ
　　　　　　　　　　　　　　　　　　　　Chief Judge United States District Court